```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 32374
    JAMES CORTES
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-0959


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 08/16/2005 and was confirmed 09/29/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  38.76% from remaining funds.

    The case was paid in full 08/25/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                               PAID         PAID
--------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED                 .00            .00           .00
ECAST SETTLEMENT CORP     UNSECURED           6925.47            .00       2684.59
ECAST SETTLEMENT CORP     UNSECURED          13225.02            .00       5126.55
RESURGENT CAPITAL SERVIC  UNSECURED           9904.81            .00       3839.50
DIRECT MERCHANTS BANK     UNSECURED          NOT FILED           .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED           6862.40            .00       2660.14
ECAST SETTLEMENT CORP     UNSECURED          11810.71            .00       4578.30
PORTFOLIO RECOVERY ASSOC  UNSECURED OTH       1117.34            .00        433.07
PORTFOLIO RECOVERY        UNSECURED           9206.23            .00       3568.70
URBAN & BURT LTD          DEBTOR ATTY             .00                          .00
TOM VAUGHN                TRUSTEE                                         1,481.15
DEBTOR REFUND             REFUND                                            221.96

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 24,593.96

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                       22,890.85
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                             1,481.15
DEBTOR REFUND                                      221.96
                       --------------         --------------
TOTALS                  24,593.96               24,593.96
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 32374 JAMES CORTES

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/20/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |